UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FERNANDO A. DE CESPEDES,

                Plaintiff,

v.                                        Case No. 3:05-cv-522-J-99TEM

SGT. DONALD T. PEACOCK,
et al.,

                Defendants.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system, initiated this action on May 27, 2005, by filing a Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint) pursuant to 42 U.S.C. § 1983. Plaintiff failed to include an original signature in the complaint in accordance with Fed.R.Civ.P. 11, Local Rule 1.05(d), and the "Instructions for Filing a Civil Rights Complaint by Prisoners under the Civil Rights Act, 42 U.S.C. § 1983." In the instruction sheet sent with the complaint form, Plaintiff was notified that his failure to comply with the instructions to the civil rights complaint may result in the dismissal of his action. For these reasons, Plaintiff's case will be dismissed. Therefore, it is now

**ORDERED AND ADJUDGED:**

1.  Plaintiff's case is dismissed without prejudice.

2.  The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 20 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 6/16
c:
Fernando A. de Cespedes

2